IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 4:17cr111 |
| | ) |
| ELEONORA PARONUZZI | ) |
| a/k/a "Elle" | ) |

ORDER

Upon Motion of the United States the INDICTMENT as to the defendant in the above-styled case is hereby DISMISSED.

/s/ MSD
_____
Mark S. Davis
Chief Judge

_____
Mark S. Davis
Chief United States District Judge

March 20, 2019
Norfolk, Virginia

I ask for this:

G. Zachary Terwilliger
United States Attorney

By:  _____/s/_____
Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No. 35765
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lake Front Commons
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
eric.hurt@usdoj.gov